**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JASON WHEAT                                                                                          PETITIONER
#175252

4:12CV00254 JLH/HDY

ARKANSAS, STATE OF *et al*.                                                                    RESPONDENTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to Chief United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at

1

the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Petitioner Jason Wheat filed this petition for a writ of *habeas corpus* on April 25, 2012. Petitioner's application for leave to proceed *in forma pauperis* was denied, and, on April 30, 2012, he was ordered to pay the $5.00 filing fee within 30 days. On May 21, 2012, Petitioner filed what is in essence a motion to dismiss the petition (docket entry #10).[1] For good cause shown, the motion should be granted, and the petition should be dismissed.

IT IS THEREFORE RECOMMENDED THAT:

1. Petitioner's motion to dismiss (docket entry #10) be GRANTED, and his petition be DISMISSED WITHOUT PREJUDICE.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   22   day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Although Petitioner refers to this case as being filed pursuant to 28 U.S.C. § 1983, it is being treated by the Court as a petition for a writ of *habeas corpus*, and Petitioner has been advised of the applicable filing fee (docket entry #5).