# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JASON WHEAT, #175252                                                                                          PETITIONER

v.                                              No. 4:12CV00254 JLH/HDY

STATE OF ARKANSAS; *et al*.                                                                                  RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Petitioner's motion to dismiss (docket entry #10) is GRANTED, and his petition is DISMISSED WITHOUT PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of June, 2012.

*[signature: J. Leon Holmes]*

UNITED STATES DISTRICT JUDGE