# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JASON WHEAT, #175252                                                                              PETITIONER

v.                                        No. 4:12CV00254 JLH/HDY

STATE OF ARKANSAS; *et al*.                                                                    RESPONDENTS

## JUDGMENT

Pursuant to the order filed on this date, judgment is entered dismissing this action without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of June, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE